IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ESTATE OF LA'MELLO PARKER;
L.S., a minor, by and through Kevin Smith his next friend,
Individually and on behalf of all entitled to recover                    PLAINTIFF

VS.                                            CIVIL ACTION NO. 3:23-cv-329-KHJ-MTP

MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY;
HARRISON COUNTY SHERIFF TROY PETERSON,
in his Individual and Official Capacities;
HARRISON COUNTY, MISSISSIPPI;
HARRISON COUNTY DEPUTY CHRIS ALLEN,
in his Individual and Official Capacities;
HARRISON COUNTY DEPUTY HARRY MOSKOWITZ,
in his Individual and Official Capacities;
CITY OF GULFPORT, MISSISSIPPI;
GULFPORT POLICE OFFICER MICHAEL MORAN,
in his Individual and Official Capacities;
JOHN DOE MISSISSIPPI HIGHWAY PATROL
TROOPERS 1-8 in their Individual and Official Capacities; and
JOHN DOES 1-75                                                         DEFENDANTS

## NOTICE OF REMOVAL

TO:   J. Matthew Eichelberger
      Eichelberger Law Firm, PLLC
      308 E Pearl St, Ste 201
      Jackson, MS 39201
      Telephone: 601-292-7940
      Facsimile: 601-510-9103
      Email: matt@ike-law.com
      *Attorney for the Plaintiffs*

      Honorable Zack Wallace
      Hinds County Circuit Clerk
      P.O. Box 327
      Jackson, MS  39205

Pursuant to 28 U.S.C. §§ 1441(a), defendant Mississippi Department of Public Safety, hereby removes this action, *Estate of La'Mello Parker, et al. v. Mississippi Department of Public Safety, et al.*, Civil Action No. 25CI1:22-cv-00692-WLK, from the Circuit Court of the First Judicial District of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division. In support of this removal, the defendant would show unto the Court as follows:

1. In their Amended Complaint, Plaintiffs explicitly seek relief under 42 U.S.C. § 1983. See Exhibit A, *Amd. Compl.*, MEC Dkt. No. 12 at 14, ¶67; 15, ¶72; 17, ¶84. Because Plaintiff is seeking relief for alleged violations of federal law, this Court has jurisdiction over this action pursuant to 28 U.S.C. §1331 and §§ 1441(a).

2. Plaintiffs filed their first amended complaint on April 25 2023 and a summons was issued for the Department of Public Safety the same day. Exhibit "A" *Amd. Compl.* MEC Dkt. No. 12; Exhibit "B" *Summons Issued to Miss. Dept. of Publ. Safety*, MEC Dkt. No. 20. Although no return has been filed, Plaintiffs delivered the first amended complaint and summons to the Mississippi Department of Public Safety on April 26, 2023. This notice of removal is timely under 28 U.S.C. § 1446(b), because it is being filed no later than thirty days after receipt of the first amended complaint by the removing defendant.

4. Removal of this action is also proper under 28 U.S.C. §§ 1446(b)(2)(A) as the other defendants that have purportedly been properly served at this point,

Harrison County, Mississippi and the City of Gulfport, consent to removal. See Exhibit "C", *Mot. for Ext. of Time to Serve Other Parties*, MEC Dkt. No. 21 at 2, ¶4.

4. The United States District Court for the Southern District of Mississippi, Northern Division, includes the First Judicial District of Hinds County, in which the state court action is now pending. Thus, venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

5. Pursuant to L.U.Civ.R. 5(b), a certified copy of the entire state court record will be filed with fourteen (14) days of this removal.

6. Defendant is filing this written notice of removal with the Clerk of the Hinds County Circuit Court where this action is currently pending, pursuant to 28 U.S.C. § 1446(d). A copy of this notice of removal is also being served upon Plaintiff pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, defendant Mississippi Department of Public Safety, respectfully removes this action from the Circuit Court of Hinds County, Mississippi, to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

DATE: MAY 24, 2023

        **MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY**, *Defendant*

        LYNN FITCH
        Attorney General of Mississippi

        */s/ J. Chadwick Williams*
        Special Assistant Attorney General
        Mississippi Bar No. 102158
        P.O. Box 220
        Jackson, Mississippi 39205-0220

Telephone: (601) 359-3523  
E-mail: chad.williams@ago.ms.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system, and that I have this day caused to be mailed, via United States Postal Service, first class postage prepaid, a true and correct copy of the foregoing document to:

> J. Matthew Eichelberger
> Eichelberger Law Firm, PLLC
> 308 E Pearl St, Ste 201
> Jackson, MS 39201
> Telephone: 601-292-7940
> Facsimile: 601-510-9103
> Email: matt@ike-law.com
> *Attorney for the Plaintiffs*
>
> Honorable Zack Wallace
> Hinds County Circuit Clerk
> P.O. Box 327
> Jackson, MS  39205

This, the 24th day of May 2023.

*/s/ J. Chadwick Williams*