IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

**ESTATE OF LA'MELLO PARKER;**  **PLAINTIFFS**
L.S., a minor, by and through Kevin Smith his next friend,
Individually and on behalf of all entitled to recover

VS.                                                                 CAUSE NO. 22-cv-00692-WLK

**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY;**
**HARRISON COUNTY SHERIFF TROY PETERSON,**
in his Individual and Official Capacities;
**HARRISON COUNTY, MISSISSIPPI;**
**HARRISON COUNTY DEPUTY CHRIS ALLEN,**
in his Individual and Official Capacities;
**HARRISON COUNTY DEPUTY HARRY MOSKOWITZ,**
in his Individual and Official Capacities;
**CITY OF GULFPORT, MISSISSIPPI;**
**GULFPORT POLICE OFFICER MICHAEL MORAN,**
in his Individual and Official Capacities;
**JOHN DOE MISSISSIPPI HIGHWAY PATROL**
**TROOPERS 1-8** in their Individual and Official Capacities; and
**JOHN DOES 1-75**                                          **DEFENDANTS**

## SUMMONS

**THE STATE OF MISSISSIPPI**

TO:   Mississippi Department of Public Safety

C/O:  Commissioner Sean Tindell
      E Woodrow Wilson Ave
      Jackson, MS 39216

### NOTICE TO DEFENDANT

**THE AMENDED COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

YOU ARE HEREBY SUMMONED and required to serve on Plaintiff's Attorney, J. Matthew Eichelberger, Esq. of the Eichelberger Law Firm, P.L.L.C., whose address is 308 E. Pearl St., Suite 201, Jackson, MS 39201, an answer to the Amended Complaint which is being served on you with this summons, within thirty (30) days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Amended Complaint.

EXHIBIT "B"

Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Issued under my hand and the seal of said Court, this the 25 day of April, 2023.

Zack Wallace, CIRCUIT CLERK
Himds County, Mississippi

BY: *Rona Haley* D.C.

EXHIBIT "B"