IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

**ESTATE OF LA'MELLO PARKER;**                                                             **PLAINTIFFS**
L.S., a minor, by and through Kevin Smith his next friend,
Individually and on behalf of all entitled to recover

VS.                                                       **CAUSE NO. 22-cv-000692-WLK**

**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY;**
**HARRISON COUNTY SHERIFF TROY PETERSON,**
in his Individual and Official Capacities;
**HARRISON COUNTY, MISSISSIPPI;**
**HARRISON COUNTY DEPUTY CHRIS ALLEN,**
in his Individual and Official Capacities;
**HARRISON COUNTY DEPUTY HARRY MOSKOWITZ,**
in his Individual and Official Capacities;
**CITY OF GULFPORT, MISSISSIPPI;**
**GULFPORT POLICE OFFICER MICHAEL MORAN,**
in his Individual and Official Capacities;
**JOHN DOE MISSISSIPPI HIGHWAY PATROL**
**TROOPERS 1-8** in their Individual and Official Capacities; and
**JOHN DOES 1-75**                                                              **DEFENDANTS**

## MOTION FOR EXTENSION OF TIME TO SERVE CERTAIN PARTIES

COMES NOW, the Plaintiffs, the Estate of La'Mello Parker and L.S., a minor who appears by and through his next friend Kevin Smith, by and through undersigned counsel, and file this, their *Motion for Extension of Time to Serve Certain Parties* and in support thereof states the following:

1. The Plaintiffs, the Estate of La'Mello Parker and L.S., a minor who appears by and through his next friend Kevin Smith, (hereinafter "Plaintiffs") filed their Complaint in this matter on November 1, 2022.

2. The Court extended the Plaintiffs' deadline to serve the parties in this case from March 1, 2023 to April 30, 2023 (Dkt. 11).

3. The Plaintiffs filed their First Amended Complaint on April 25, 2023 (Dkt. 12).

EXHIBIT "C"

4. The Plaintiffs have successfully effectuated service of the First Amended Complaint upon the following: the Mississippi Department of Public Safety, Harrison County, and the City of Gulfport.

5. The Plaintiffs are making every effort to effectuate service upon the remaining parties—Harrison County Sheriff Troy Peterson, Harrison County Deputy Chris Allen, Harrison County Deputy Harry Moskowitz, and Gulfport Police Officer Michael Moran—by the deadline of April 30, 2023. However, for the reasons set forth below, the Plaintiffs require additional time to serve these parties.

6. Rule 4 of the Mississippi Rules of Civil Procedure provides a party 120 days from the date of filing of a complaint to serve the defendants. M.R.C.P. 4(h). However, under Mississippi Rule of Civil Procedure 6(b)(1), where the party files a motion for extension of time prior to the expiration of the period of service as extended by prior order, the Court may extend the time to serve "for cause shown." M.R.C.P. 6(b)(1).

7. The Plaintiffs recently learned that the Defendant Michael Moran no longer works for the Gulfport Police Department. Therefore, the Plaintiffs need to serve Mr. Moran at his residence. The Plaintiffs need additional time to locate the proper address to serve this Defendant.

8. Harrison County Sheriff Troy Peterson is currently outside the jurisdiction and will not be available for service until Tuesday, May 2, 2023, at the earliest. Therefore, the Plaintiffs need additional time to serve the Sheriff.

9. The Plaintiffs have attempted to coordinate with the Harrison County Sheriff's Department to effectuate service upon Deputy Chris Allen and Deputy Harry Moskowitz.

EXHIBIT "C"

However, the Harrison County Sheriff's Department has refused to cooperate as of the filing of this Motion.

10. For these reasons, the Plaintiffs respectfully request an additional sixty (60) days to serve the following parties in this matter: Harrison County Sheriff Troy Peterson, Harrison County Deputy Chris Allen, Harrison County Deputy Harry Moskowitz, and Gulfport Police Officer Michael Moran.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs ask this Honorable Court for a sixty (60) day extension of time to effectuate service of process and provide proof of service to the Court.

This the 28th day of April, 2023.

Respectfully Submitted,

/s/ J. Matthew Eichelberger
J. Matthew Eichelberger
Counsel for the Plaintiffs

J. Matthew Eichelberger, MSB No. 101060
**EICHELBERGER LAW FIRM, PLLC**
308 E. Pearl Street, Suite 201
Jackson, Mississippi 39201
Telephone: (601) 292-7940
Facsimile: (601) 510-9103
Email: matt@ike-law.com

EXHIBIT "C"

## CERTIFICATE OF SERVICE

    I, the undersigned attorney for Plaintiff, do hereby certify that I have this date filed by MEC the above and foregoing motion.

                                                                                        _/s/ J. Matthew Eichelberger_
                                                                                         J. Matthew Eichelberger

EXHIBIT "C"