IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ESTATE OF LA'MELLO PARKER; L.S.,** **PLAINTIFFS**
*a minor, by and through Kevin Smith, his next friend*

**v.**   **CIVIL ACTION NO. 1:23-cv-185-TBM-RPM**

**MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY** *et al.*   **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this same day, the Plaintiffs' federal law claims are DISMISSED. The Plaintiffs' remaining state law claims are REMANDED to the Circuit Court of Hinds County, Mississippi, First Judicial District. A certified copy of this Final Judgment shall be mailed immediately by the Clerk's Office to the Circuit Clerk of Hinds County, Mississippi, First Judicial District pursuant to 28 U.S.C. Section 1447(c). This CASE is CLOSED.

This, the 29th day of March, 2024.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**